PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00245-KJM |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | DATE: |
| JOSE CISNEROS HEREDIA, AND JOSE LUIS SILVA, | TIME:<br>COURT: Hon. Kimberly J. Mueller |
| Defendants. | |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED.

Dated: December 5, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE